**Opinion filed December 16, 2010**



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00346-CV

_____

## DAVID KENNETH WALKER AND DONNA GAIL WALKER, Appellants

## V.

## LAUREL ELIZABETH VICARS AND ERIC RICHARD VICARS, Appellees

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM 48349**

### M E M O R A N D U M   O P I N I O N

David Kenneth Walker and Donna Gail Walker have filed a motion to dismiss their appeal. The Walkers state in their motion that this appeal is now moot. The motion is granted, and the appeal is dismissed.

PER CURIAM

December 16, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.